ORIGINAL

1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
SUSAN R. HERSHMAN
4 | Deputy Chief, Civil Fraud Section
LINDA A. KONTOS
5 | Assistant United States Attorney
California Bar Number 185016
6 |     Federal Building, Suite 7516
    300 North Los Angeles Street
7 |     Los Angeles, California 90012
    Telephone: (213) 894-3986
8 |     Facsimile: (213) 894-2380
    E-mail: Linda.Kontos@usdoj.gov
9 |
Attorneys for the United States of America
10 |
11 |              UNITED STATES DISTRICT COURT
12 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA
13 |                    WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| 14 | NO. CV 08-07214 DDP (CWx) |
| 15 | [UNDER SEAL], | [PROPOSED] ORDER RE: DISMISSAL |
| 16 |             Plaintiff[s], | |
| 17 |         v. | [LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(B)(2) AND (3)] |
| 18 | [UNDER SEAL], | |
| 19 |             Defendant[s]. | [FILED CONCURRENTLY UNDER SEAL: NOTICE OF DISMISSAL; CONSENT OF THE UNITED STATES] |
| 20 | | |

LODGED

2013 DEC 30 PM 3:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SUSAN R. HERSHMAN
4  Deputy Chief, Civil Fraud Section
   LINDA A. KONTOS
5  Assistant United States Attorney
   California Bar Number 185016
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-3986
8       Facsimile: (213) 894-2380
        E-mail: Linda.Kontos@usdoj.gov
9
   Attorneys for the United States of America
10
              UNITED STATES DISTRICT COURT
11
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                  WESTERN DIVISION
13

14                                  NO. CV 08-07214 DDP (CWx)
   [UNDER SEAL],
15                                  [PROPOSED] ORDER RE: DISMISSAL
                    Plaintiff[s],
16                                  [LODGED UNDER SEAL PURSUANT TO
                    v.              THE FALSE CLAIMS ACT, 31 U.S.C.
17                                  §§ 3730(B)(2) AND (3)]
   [UNDER SEAL],
18                                  [FILED CONCURRENTLY UNDER SEAL:
                    Defendant[s].   NOTICE OF DISMISSAL; CONSENT OF
19                                  THE UNITED STATES]
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SUSAN R. HERSHMAN
4  Assistant United States Attorney
   Deputy Chief, Civil Fraud Section
5  LINDA A. KONTOS
   Assistant United States Attorney
6  California Bar Number 185016
        Federal Building, Suite 7516
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-3986
        Facsimile: (213) 894-2380
9       E-mail: Linda.Kontos@usdoj.gov

10 Attorneys for the United States of America

11            UNITED STATES DISTRICT COURT

12        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13               WESTERN DIVISION

14 UNITED STATES OF AMERICA ex       NO. CV 08-07214 DDP (CWx)
   rel. GARY GUSTAFSON,
15                                    [PROPOSED] ORDER RE: DISMISSAL
16            Plaintiffs,
                                      [LODGED UNDER SEAL PURSUANT TO
17       v.                           THE FALSE CLAIMS ACT, 31 U.S.C.
                                      §§ 3730(B)(2) AND (3)]
18 ALLIANT ENTERPRISES, LLC;
   ALLIANT HEALTHCARE INC.;
19 ALLIANT HEALTHCARE PRODUCTS;       [FILED CONCURRENTLY UNDER SEAL:
   ALLIANT INTERNATIONAL             NOTICE OF DISMISSAL; CONSENT OF
20 TECHNOLOGIES; ROBERT W. TAYLOR;    THE UNITED STATES]
   STRYKER CORPORATION; STRYKER
21 MEDICAL; and DOES 1 through 10,
22            Defendants.

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

**ORDER**

2      For good cause shown, IT IS HEREBY ORDERED, pursuant to

3 Rule 41(a) of the Federal Rules of Civil Procedure, that:

4      1.    All claims for relief and causes of action filed in

5 the above-captioned action ("this action") against the

6 Defendants are hereby dismissed, said dismissal being:

7      (a) with prejudice as to the Relator, except for the claims

8 identified below in Paragraph 2;

9      (b) with prejudice as to the United States as to the

10 following conduct alleged to have occurred from December 3, 2007

11 through April 1, 2009:  In order to obtain and maintain the

12 United States Department of Veterans Affairs' (the "VA's") award

13 of the Stryker Modifications,[1] the United States contends that

14 the Alliant Defendants and/or Stryker Defendants, individually

15 or collectively, (1) made inaccurate and/or incomplete

16

17 _____

[1] On July 1, 2006, the VA awarded a contract to Alliant

18 Enterprises, LLC (the "Alliant Contract") to provide medical
products to United States government entities through the

19 Federal Supply Schedule (the "FSS").  Alliant Enterprises, LLC;
Alliant Healthcare, Inc.; Alliant International Technologies;

20 and through these entities, any Alliant-affiliated owner,
entity, or business named in this action are hereafter

21 collectively referred to as the "Alliant Defendants."  The

22 Alliant Defendants thereafter submitted three separate
modifications of the Alliant Contract in order to sell products

23 through the FSS (the "Stryker Products") that were manufactured

24 by the Stryker Defendants:  (1) Modification 9 – submitted to
the VA on January 18, 2008 (approved on April 7, 2008, effective

25 April 15, 2008); (2) Modification 10 – submitted to the VA on
March 17, 2008 (approved on April 7, 2008, effective April 15,

26 2008); and (3) Modification 11 –  submitted to the VA on July

27 29, 2008 (approved on August 1, 2008, effective August 1, 2008)
(each a "Stryker Modification" and, collectively, the "Stryker

28 Modifications").

1

disclosures and/or false statements, and/or presented or caused
to be presented false claims to the United States; (2) made or
caused to be made inaccurate and/or materially false statements
to, and concealed material information from, the VA regarding
estimated or projected government sales for the Stryker Products
offered on the FSS; and (3) made or caused to be made inaccurate
and/or incomplete statements to the VA regarding the Alliant
Defendants' commercial selling activities, the extent of the
Alliant Defendants' value-added reseller activities, and the
extent to which the Alliant Defendants qualified as a
"manufacturer" for FSS purposes.  Also, the United States
contends that the VA and other United States entities purchased
those products off of the FSS at prices higher than would have
been paid had the VA known the true facts; and

    (c) without prejudice as to the United States as to any
allegation in the Relator's complaint of conduct not set forth
in Paragraph (1)(b), supra, including Paragraphs 46 through 49
of the Complaint; and

    2.   Except that Relator's claim for a relator's share to
be paid by the United States pursuant to 31 U.S.C. § 3730(d) is
not dismissed; and the Court retains jurisdiction to determine,
if necessary, the relator's share that the Relator should obtain
pursuant to 31 U.S.C. § 3730(d).

IT IS SO ORDERED this 13 day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

1   Respectfully presented by:

2
    ANDRÉ BIROTTE JR.
3   United States Attorney

4

5   _____
    LINDA A. KONTOS
6   Assistant United States Attorney

7   Attorneys for the
8   UNITED STATES OF AMERICA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3